IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ALLEGHENY CASUALTY COMPANY

                            Plaintiff,                  Civil Action No.: 25-2260

       v.

2407 EXPRESS LLC c/o LOVES SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
         1833 South Morgan Road
         Oklahoma City, OK 73128

A AND D TRUCKING LLC
315 Drummer Drive
Grasonville, MD 21638
 Serve:  One Source Process Inc.
         1133 13th Steet NW, Suite C4
         Washington, DC 20005

A N G TRANSPORT LLC d/b/a HIGH
CALIBER TRUCKING c/o ENGLAND
CARRIER SERVICES LLC
1325 S 4700 W
Salt Lake City, UT 84104
 Serve:  England Carrier Services, LLC
         1325 S 4700 W
         Salt Lake City, UT 84104

A&M TRUCKING LLC c/o BASIC BLOCK INC
720 O Street, Suite F
Lincoln, NE 68508
 Serve:  Brett Byman
         720 O Street, Suite F
         Lincoln, NE 68508

ACROSS AMERICA LOGISTICS INC c/o
APEX CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
         301 Commerce Street, Suite 1000
         Fort Worth, TX 76102

AGS FREIGHT INC c/o COMPASS FUNDING
SOLUTIONS
115 55th Street, Suite 301
Clarendon Hills, IL 60514
 Serve:  Arleesia McDonald
          115 55th Street, Suite 301
          Clarendon Hills, IL 60514

ALEXANDER WINTON AND ASSOCIATES
c/o RELAXED LOGISTICS LLC
8804 Caroma Street, Suite 160
Olive Branch, MS 38654
 Serve:  Will Thomas Allen
          8709 Kerri Ruth Road
          Hernando, MS 38632

ALLY ENTERPRISES LLC c/o ORANGE
COMMERCIAL CREDIT
2415 Heritage Court SW
Olympia, WA 98502
 Serve:  Orange Commercial Credit
          2415 Heritage Court SW
          Olympia, WA 98502

AMAUTOTRANS LLC
35 Kaymar Drive
Rochester, NY 14616
 Serve:  One Source Process Inc
          1133 13th Street NW, Suite C4
          Washington, DC 20005-5544

AMERICAN EAGLE PLUS INC
999 West Main Street, Suite 100
Boise, ID 83702
 Serve:  One Source Process Inc
          1133 13th Street NW, Suite C4
          Washington, DC 20005

AMIL LOGISTICS LLC.
168 Franklin Corner Road, Suite 300
Lawrenceville, NJ 08648
 Serve:  One Source Process Inc
          1133 13th Street NW, Suite C4
          Washington, DC 20005

8057386

AMTRUCK TRANSPORT LLC c/o APEX
CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
        301 Commerce Street, Suite 1000
        Fort Worth, TX 76102

APEX CAPITAL CORP
301 Commerce Street, Suite 1000
Fort Worth, TX 76102
 Serve:  Chris Bozek
        301 Commerce Street, Suite 1000
        Fort Worth, TX 76102

ARAVAN CARGO INC
8477 US Highway 42, Unit 101
Florence, KY 41042
Serve:  Truck Process Agents of America Inc
        712 H Street NE, Suite 1526
        Washington, DC 20002

ARCO TRUCKING LLC
257 S 100 E
Jerome, ID 83338
 Serve:  The Carter Corporation Inc
        1629 K Street NW, Suite 300
        Washington, DC 20006

ARST LLC
12265 Dusty Boots Road
San Antonio, TX 78254
 Serve:  Collin Long
        1100 New Jersey Ave, SE, Suite 1050
        Washington, DC 20003

ATLASIB LLC d/b/a ROUT ONE
SPECIALIZED
202 Christina Drive
East Dundee, IL 60118
 Serve:  Savage Process Service
        4315 50th Street NW
        Washington, DC 20016

AUSTIN LOGISTICS c/o SMARTTRUCKER
LLC
33 New Montgomery Street, Suite 1000
San Francisco, CA 94105
 Serve:  CT Corporation System
            330 N Brand Boulevard
            Glendale, CA 91203

AVENTUS TRANSPORTATION
1209 SE 4th Avenue
Battle Ground, WA 98604
 Serve:  District Legal Services LLC
            1615 New Hampshire Avenue NW
            Suite 400
            Washington, DC 20009

BAIN HAULING LLC c/o LOVES SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
            1833 South Morgan Road
            Oklahoma City, OK 73128

BAXTER BAILEY & ASSOCIATES c/o SAY
TRANSPORTATION CORPORATION
6858 Swinnea Road, Building 4
Southaven, MS 38671
 Serve:  CT Corporation System
            645 Lakeland East Drive, Suite 101
            Flowood, MS 39232

BEEMAC INC
2747 Legionville Road
Ambridge, PA 15003
 Serve:  Corporation Service Company
            1090 Vermont Ave NW
            Washington, DC 20005

BENNETT MOTOR EXPRESS, LLC
1001 Industrial Parkway
McDonough, GA 30253
 Serve:  Shawn Coulson LLP
            1320 19th Street NW, Suite 601
            Washington, DC 20036
            POC:  William H. Shawn

-4-

8057386

BOOMERANG EXPRESS
115 S Court Street, Suite E PMB 1229
Crown Point, IN 46307
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

BOORANA LOGISTICS LLC
12050 Clark Street 203
Moreno Valley, CA 92557
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

BRIDGE CAPITAL
1669 Kirby Parkway
Memphis, TN 38120
 Serve:  District Legal Services LLC
         1615 New Hampshire Avenue NW
         Suite 400
         Washington, DC 20009

C1TRANSPORTATION
23038 W Eames Street
Channahon, IL 60410
 Serve:  District Legal Services LLC
         1615 New Hampshire Avenue
         Washington, DC 20001

C3 TRUCKING LLC
4564 N Lorna Avenue
Fresno, CA 93705
 Serve:  Truck Process Agents of America Inc
         712 H Street NE, Suite 1526
         Washington, DC 20002

CB FREIGHT INC
1251 N Plum Grove Road, Suite 200D
Schaumburg, IL 60173
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

8057386

CHRIS HELMS TRANSPORTATION
1000 Shoreline Drive
Houghton Lake, MI 48629
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

CLARKFIELD AUTOMOTIVE REPAIR INC
906 13th Street
Clarkfield, MN 56223
 Serve: William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

CLICK EXPRESS INC c/o APEX CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
         301 Commerce Street, Suite 1000
         Fort Worth, TX 76102

CLIFF BROWING TRUCKING
231 Escalante Drive
Socorro, TX 79927
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

COMMERCIAL TRANSPORTATION GROUP
LLC d/b/a CTG
139 Manning Mill Road NW
Adairsville, GA 30103
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

CROSSROADS EXPRESS LLC c/o BAXTER
BAILEY & ASSOCIATES
6858 Swinnea Road, Building 4
Southaven, MS 38671
 Serve:  CT Corporation System
         645 Lakeland East Drive, Suite 101
         Flowood, MS 39232

8057386

CSL TRANSPORT LLC
11046 Petworth Drive
Houston, TX 77072
 Serve:  District Legal Services LLC
        1615 New Hampshire Avenue NW
        Suite 400
        Washington, DC 20009

CST FINANCIAL SERVICES c/o JESSE
ENGLISH TRUCKING d/b/a ENGLISH &
SONS TRUCKING
172 W 9400 S
Sandy, UT 84070
 Serve:  CST Financial Services, LLC
        172 W 9400 S
        Sandy, UT 84070

CW LEASING & TRANSPORT INC
23390 West Ireland Road
South Bend, IN 46614
 Serve: William H. Shawn/Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20026

DENNIS TRANSPORTATION c/o
STEELHEAD FINANCE
3518 Heathrow Way
Medford, OR 97504
 Serve:  Steve Erb
        1528 Biddle Road
        Medford, OR 97504

DESERT RAT TRANSPORTATION
1749 E 1st Place
Mesa, AZ 85203
 Serve:  William H. Shawn/Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20026

DIAMOND TRANSPORTATION SYSTEM INC
5021 21st Street
Racine, WI 53406
 Serve:  William H. Shawn/Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20026

8057386

DIJ TRANSCO LTD c/o NEXT DAY FUNDING
21000 Torrence Avenue
Ford Heights, IL 60411
 Serve:  Mindaugas Mickevicius
         21000 Torrence Avenue
         Ford Heights, IL 60411

DJA FLATBED SERVIECS INC
10640 SW 121ˢᵗ Avenue
Dunnellon, FL 34432
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19ᵗʰ Street NW, Suite 601
         Washington, DC 20026

DUTCH TRANSPORT LLC
154 Orlan Road
New Holland, PA 17557
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19ᵗʰ Street NW, Suite 601
         Washington, DC 20026

EASTERN EXPRESS INC
312 West 35ᵗʰ Avenue
Griffith, IN 46319
 Serve:  Mesirow & Savitz
         1710 Connecticut Avenue NW, # 300
         Washington, DC 20009
         POC:  Robert Walker

EBR TRANSPORT c/o FINANCIAL CARRIER
SERVICES DBA TS CHARLOTTE
5260 Parkway Plaza Boulevard, Suite 115
Charlotte, NC 28217
Serve:  Nichele Marks

ECAPITAL FREIGHT FACTORING CORP.
20807 Biscayne Blvd, Suite 203
Aventura, FL 33180
 Serve:  Corporation Service Company
         1201 Hays Street
         Tallahassee, FL 32301

ELITE SD LLC c/o APEX CAPITAL CORP
301 Commerce Street, Suite 1000
Fort Worth, TX 76102
  Serve:  Chris Bozek
          301 Commerce Street, Suite 1000
          Fort Worth, TX 76102

ELK TRANPORT LLC
219 Schantz Road
Allentown, PA 18104
  Serve:  Desert Eagle Investigations
          712 H Street NE, Suite 1354
          Washington, DC 20002

EMPIRE TRANSPORTATION INC
1365 Harvell Drive
Batavia, IL 60510
  Serve:  Truck Process Agents of America, Inc
          712 H Street NE, Suite 1526
          Washington, DC 20002

ENVY EXPRESS c/o PORTER BILLING
SERVICES
2 North Jackson Street, Suite 605
Montgomery, AL 36104
  Serve:  CT Corporation System
          2 North Jackson Street, Suite 605
          Montgomery, AL 36104

ESCAPERENTAL d/b/a ER TRUCKING C/O
SMARTTRUCKER LLC
33 New Montgomery Street, Suite 1000
San Francisco, CA 94105
  Serve:  CT Corporation System
          330 N Brand Blvd
          Glendale, CA 91203

FAIRWAY TRANSPORT c/o SURETY
FINANCIAL
1611 East 2450 South, Suite 5b
St. George, UT 84790
  Serve:  Joel Leroy
          2554 Crimson Ridge Drive
          St. George, UT 84790

8057386

FAMILY TRADITION TRUCKING LLC c/o
LOVES SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
          1833 South Morgan Road
          Oklahoma City, OK 73128

FIRST CLASS TRANSPORTATION LLC c/o
ORANGE COMMERCIAL CREDIT
2415 Heritage Court SW
Olympia, WA 98502
 Serve:  Orange Commercial Credit
          2415 Heritage Court SW
          Olympia, WA 98502

FL HEAVY HAULESR LLC c/o GH FACTOR
671 West 18th Street
Hialeah, FL 33010
 Serve:  Oswaldo Gutierrez
          671 West 18th Sreet
          Hialeah, FL 33010

FRONTIER HEAVY HAUL
10199 Lanesboro Road
Scranton, ND 58653
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

FSD FREIGHT CO
9035 Edinburgh Court
Lakewood, IL 60014
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

G SQUARED FUNDING LLC f/b/o JAMES
HALL JR d/b/a JIM HALL TRUCKING
8215 Roswell Road, Building 600
Sandy Springs, GA, 30350
 Serve:  Glenn Lyon, Esq.
          1100 Peachtree Street NE, Suite 640
          Atlanta, GA 30309

8057386

GENERAL EXPRESS LLC
12322 SE 262nd Court
Kent, WA 98030
 Serve:  Truck Process Agents of America, Inc
          712 H Street NE, Suite 1526
          Washington, DC 20002


GOLDEN CARRIER INC
15 Hertonia Street
Brampton, ON L6P 4E6, CA
Serve:  One Source Process Inc
          1133 13th Street NW, Suite C4
          Washington, DC 20005


GREENTREE TRANSPORTATION
COMPANY
200 Airside Drive, Suite 260
Moon Township, PA 15108
 Serve:  One Source Process Inc
          1133 13th Street NW, Suite C4
          Washington, DC 20005


GULF STREAM TRANSPORTATION INC c/o
APEX CAPITAL CORP
301 Commerce Street, Suite 1000
Fort Worth, TX 76102
 Serve:  Chris Bozek
          301 Commerce Street, Suite 1000
          Fort Worth, TX 76102


GULF COAST BANK & TRUST COMPANY
c/o PHOENIX CAPITAL GROUP
8707 E Vista Bonita Drive, Suite 240
Scottsdale, AZ 85255
 Serve:  Bryan Alsobrooks
          8707 E Vista Bonita Drive, Suite 240
          Scottsdale, AZ 85255


GULF STATES TRANSPORT INC.
1303 Cedar Creek Drive
Opelika, AL 36801
 Serve:  Desert Eagle Investigations
          712 H Street NE, Suite 1354
          Washington, DC 20002

HAULPAY
235 East Broadway, Suite 725
Long Beach, CA 90802
 Serve:  Stephen Kochan
            235 East Broadway, Suite 725
            Long Beach, CA 90802

HEARTLAND CARRIERS
1301 S Parkview Boulevard
Brandon, SD 57005
 Serve:  William H. Shawn/Shawn Coulson LLP
            49 Representative Lane
            Dover, DE 19904

HEAVY HAUL SOLUTIONS
386 Sims Chapel Road
Spartanburg, SC 29306-6123
 Serve:  One Source Process Inc.
            1133 13th Street NW, Suite C4
            Washington, DC 20005-5544

HI-SPEED TRUCKING INC
888 Vintage Avenue
Ontario, CA 91764
 Serve:  Truck Process Agents of America Inc
            712 H Street NE, Suite 1526
            Washington, DC 20002

HOPE TRANS LLC C/O XXLERATE
FINANCIAL LLC
1120 Pacific Avenue, Suite 220
Tacoma, WA 98402
 Serve:  Shawn Coulson LLP
            1320 19th Street NW, Suite 601
            Washington, DC 20036
            POC:  William H. Shawn

HRG LOGISTICS LLC
232 Blue Lake Drive
Huffman, TX 77336
 Serve:  Justice Serves, LLC
            1032 15th Street NW, Suite 120
            Washington, DC 20005

8057386

HRIBAR TRANSPORT LLC
7213 Hwy 41
Caledonia, WI 53108
 Serve:  Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20036
        POC:  William H. Shawn

HUDGPETH HAULING LLC c/o APEX
CAPITAL CORP
301 Commerce Streer, Suite 1000
Fort Worth, TX 76102
 Serve:  Chris Bozek
        301 Commerce Street, Suite 1000
        Fort Worth, TX 76102

INNOVATE EXPRESS LLC
2110 Logsdon Drive
N Las Vegas, NV 89032
Serve:  William H. Shawn/Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20026

INTEGRITY AUTO TRANSPORT
5701 W Bristlecone Lane
Kuna, ID 83634
 Serve:  William H. Shawn/Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20026

INTEGRITY EXPRESS INC
6206 Atlantic Boulevard, Suite 4
Jacksonville, FL 32211
 Serve:  Priority Process
        5614 Connecticut NW Avenue, Suite 268
        Washington, DC 20015

INTERNET TRUCKSTOP PAYMENTS
1444 S Entertainment Avenue, Suite 110
Boise, ID 83709
 Serve:  Ambyr O'Donnell
        1444 S Entertainment Avenue, Suite 110
        Boise, ID 83709

8057386

INTERSTATE SOLUTIONS LTD c/o
FLEETONE FACTORING LLC
2755 Spears Road
Houston, TX 77067
 Serve:  Desert Eagle Investigations
          712 H Street NE, Suite 1354
          Washington, DC 20002

ITRUCKING SERVICES INC c/o LOVES
SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
          1833 South Morgan Road
          Oklahoma City, OK 73128

JAY-TRUX INC d/b/a JOREGENEN BROS
TRKG
700 Prairie Avenue
Hurley, SD 57036-0392
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

JK HAULIN 10 LLC c/o ITHRIVE FUNDING
LLC
1104 Country Hills Drive
Ogden, UT 84403
 Serve:  Ithrive Funding LLC
          1104 Country Hills Drive
          Ogden, UT 84403

JL TRANSPORT LLC c/o APEX CAPITAL
CORP
301 Commerce Street, Suite 1000
Fort Worth, TX 76102
 Serve:  Chris Bozek
          301 Commerce Street, Suite 1000
          Fort Worth, TX 76102

8057386

JPT TRANSPORTATION LLC c/o BAXTER
BAILEY & ASSOCIATES
6858 Swinnea Road, Building 4
Southaven, MS 38671
 Serve:  CT Corporation System
          645 Lakeland East Drive, Suite 101
          Flowood, MS 39232

J'S AND MIRIAM TRUCKING c/o PACIFIC
FREIGHT FUNDING
316 N. 3rd Street
Yakima, WA 98901
 Serve:  Doug Kanyer
          316 N. 3rd Street
          Yakima, WA 98901

JULIA TRUCKING CORP
3019 14th Street SW
Lehigh Acres, FL 33976
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

KAISER TRANSPORT INC
2907 East McCormick Drive
Milton, WI 53563
 Serve:  Business Filings Incorporated
          1015 15th Street, NW, Suite 1000
          Washington, DC 20005

KC TRANSPORTATION SERVICES
1235 Mosher Lane
Houston, TX 77088
 Serve:  Desert Eagle Investigations
          712 H Street NE, Suite 1354
          Washington, DC 20002

KENRS ENTERPRISES INC c/o ECAPITAL
FACTORING CORP
20807 Biscayne Boulevard, Street 203
Aventura, FL 33180
 Serve:  Corporation Service Company
          1201 Hays Street
          Tallahassee, FL 32301

8057386

KG SQUARE LOGISTIKS LLC c/o TAFS
19865 W 156th Street
Olathe, KS 66062
 Serve:  Corporation Service Company
         1100 SW Wanamaker Road, Street 103
         Topeka, KS 66604

KHAIRKHAN INC
12145 Wedgeway Court
Fairfax, VA 22033
 Serve:  Justice Serves, LLC
         1032 15th Street NW, Suite 120
         Washington, DC 20005

KINGMANN TRANSPORT c/o LOVES
SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
         1833 South Morgan Road
         Oklahoma City, OK 73128

KRESS XPRESS TRANSPORTATION INC
1742 Border Avenue
Corona, CA 92882
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

L REYES TRANSPORTATION INC c/o ACS
FACTORS
1202 Monte Vista Avenue, # 20
Upland, CA 91786
 Serve:  John R Cummings
         1202 Monte Vista Avenue, # 20
         Upland, CA 91786

LA&RZ LLC c/o SUNBELT FINANCE
2900 Browns Lane
Jonesboro, AR 72401
 Serve:  Mickey Seeman
         2900 Browns Lane
         Jonesboro, AR 72401

8057386

LADA II EXPRESS INC c/o APEX CAPITAL
CORP
301 Commerce Street, Suite 1000
Fort Worth, TX 76102
 Serve:  Chris Bozek
        301 Commerce Street, Suite 1000
        Fort Worth, TX 76102

LIZA'S EXPRESS
600 N Union Avenue
Hillside, NJ 07205
 Serve:  Robert Walker
        1307 New Hampshire Avenue NW
        Suite 400
        Washington, DC 20036

LORE TRANSPORT INC c/o FACORING
EXPRESS LLC
905 Johnson Road
Spencer, IN 47460
 Serve:  Shawn Coulson LLP
        1320 19th Street NW, Suite 601
        Washington, DC 20036
        POC:  William H. Shawn

LT LOGISTICS INC c/o SMARTTRUCKER
LLC
33 New Montgomery Street, Suite 1000
San Francisco, CA 94105
 Serve:  CT Corporation System
        330 N Brand Boulevard
        Glendale, CA 91203

LUNE MARTINE EXPRESS LLC c/o LOVES
SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
        1833 South Morgan Road
        Oklahoma City, OK 73128

8057386

MANAS EXPRESS CORP c/o APEX CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
           301 Commerce Street, Suite 1000
           Fort Worth, TX 76102

MATOS TRANSPORT LLC c/o
SMARTTRUCKER LLC
33 New Montgomery Street, Suite 1000
San Francisco, CA 94105
 Serve:  CT Corporation System
           330 N Brand Boulevard
           Glendale, CA

MC LIMITED LLC c/o PRO FUNDING
12500 S Cicero Avenue
Alsip, IL 60803
 Serve:  George F. Laforte, Jr.
           1450 Summit Avenue, Suite 325
           Oakbrook Terrace, IL 60181

MEGA MILES INC
5226 Little Turtle Drive
South Lebanon, OH 45065
 Serve:  Spirit Asset Protection, LLC
           1717 N Street NW, #1
           Washington, DC 20036

MM ETH TRANSPORTATION LLC c/o
ITHRIVE FUNDING LLC
1104 Country Hills Drive
Ogden, UT 84403
 Serve:  Ithrive Funding LLC
           1104 Country Hills Drive
           Ogden, UT 84403

MONSON TRUCK LINE
1728 1st Avenue
Fergus Falls, MN 56537
 Serve:  Truck Process Agents of America, Inc
           712 H Street NE, Suite 1526
           Washington, DC 20002

8057386

MTA HEAVY HAUL CORP c/o OAK HILL
CAPITAL CORP d/b/a FOUR WINDS
CAPITAL GROUP
44 Apple Street
Tinton Falls, NJ 07724
Serve:  Steven N Kurtz

MURPHY TRANSPORT LLC
18464 Skunk Hollow Road
Rollingstone, MN 55969
 Serve:  Justice Serves, LLC
          1032 15th Street NW, Suite 120
          Washington, DC 20005

NEW WAY GO INC c/o APEX CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
          301 Commerce Street, Suite 1000
          Fort Worth, TX 76102

NH TRANSPORT INC
5132 Jerome Avenue
Skokie, IL 60077
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

NOMAD FREIGHT
1790 Gilpen Avenue
South Elgin, IL 60177
 Serve:  District Legal Services LLC
          1615 New Hampshire Avenue NW
          Suite 400
          Washington, DC 2000

NORTHERN UTAH TRUCKING SERVICES
INC
385 W Center Street
La Verkin, UT 84745
 Serve:  District Legal Services LLC
          1615 New Hampshire Avenue
          Washington, DC 20001

NVA TRANSPORTATION c/o APEX CAPITAL
301 Commerce Street, Suite 1000
Fort Worth, TX 76102-4193
 Serve:  Chris Bozek
          301 Commerce Street, Suite 1000
          Fort Worth, TX 76102

OHIO GLOBAL TRANSPORTATION LLC c/o
ALADDIN FINANCIAL
1201 W Russell Street
Sioux Falls, SD 57104
 Serve:  Scott Keogh
          1201 W Russell Street
          Sioux Falls, SD 57104

OLD GLORY EXPRESS INC
2060 Lincoln Highway E
Lancaster, PA 17602
 Serve:  Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20036
          POC:  William H. Shawn

ONON LLC
3620 Reddington Circle
Elgin, IL 60124
 Serve:  William H. Shawn/Shawn Coulson LLP
          320 19th Street NW, Suite 601
          Washington, DC 20026

PACIFICA EXPRESS LLC c/o ENGLAND
LOGISTICS CARRIER SERVICES
1325 S 4700 W
Salt Lake City, UT 84104
Serve:  England Carrier Services, LLC
          1325 S 4700 W
          Salt Lake City, UT  84104

PERODIN EXPRESS LLC c/o LOVES
SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
          1833 South Morgan Road
          Oklahoma City, OK 73128

8057386

RIGA TRUCKING LLC c/o BAXTER BAILEY
& ASSOCIATES
6858 Swinnea Road, Building 4
Southaven, MS 38671
Serve:  CT Corporation System
           645 Lakeland East Drive, Suite 101
           Flowood, MS 39232

RITTER FARMS LLC
225 Boat Gum Lane
Bean Station, TN 37708
 Serve:  William H. Shawn/Shawn Coulson LLP
           1320 19th Street NW, Suite 601
           Washington, DC 20026

ROAD STAR TRANS INC c/o BOBTAIL
CAPITAL INC
11123 Potomac Oaks Drive
Rockville, MD 20850
 Serve:  Gurvir Singh
           5318 Ilchester Manor Lane
           Ellicott City, MD 21043

ROMEO GROUP TRANSPORT LLC c/o
PHOENIX CAPITAL
8707 E Vista Bonita Drive, Suite 240
Scottsdale, AZ 85255
 Serve:  Bryan Alsobrooks
           8707 E Vista Bonita Drive, Suite 240
           Scottsdale, AZ 85255

ROYAL BLUE GEM ENTERPRISES INC c/o
PHOENIX CAPITAL GROUP
8707 E Vista Bonita Drive, Suite 240
Scottsdale, AZ 85255
 Serve:  Bryan Alsobrooks
           8707 E Vista Bonita Drive, Suite 240
           Scottsdale, AZ 85255

S&M HAULING LLC c/o INTERNET
TRUCKSTOP FACTORING
1444 S Entertainment Ave, Suite 110
Boise, ID 83709
 Serve:  Ambyr O'Donnell
           1444 S Entertainment Avenue, Suite 110
           Boise, ID 83709

8057386

SA TRUCKING LOGISTICS INC
1310 S Whipple Court
Spokane Valley, WA 99206
 Serve:  Justice Serves, LLC
          1032 15th Street NW, Suite 120
          Washington, DC 20005

SAS TRANSPORTATION LLC c/o ALADDIN
FINANCIAL
1201 W Russell Street
Sioux Falls, SD 57104
 Serve:  Scott Keogh
          1201 W Russell Street
          Sioux Falls, SD 57104

SCOTT & SANDY HOT SHOT c/o PORTER
BILLING SERVICES
2 North Jackson Street, Suite 605
Montgomery, AL 36104
 Serve:  CT Corporation System
          2 North Jackson Street, Suite 605
          Montgomery, AL 36104

SHERER EXPRESS c/o ASSIST FINANCIAL
SERVICES
1533 NW 2nd Street
Madison, SD 57042
 Serve:  Brian G Kringen
          P.O. Box 347
          Madison, SD 57042

SILVER HAWK LLC
3426 Stara Court
Louisville, KY 40299
 Serve:  William H. Shawn/Shawn Coulson LLP
          1320 19th Street NW, Suite 601
          Washington, DC 20026

SIMPLE 1 GROUP LLC
5 E College Drive, Suite 203, Office 5
Arlington Heights, IL 60004
 Serve:  Truck Process Agents of America Inc
          712 H Street NE, Suite 1526
          Washington, DC 20002

SKILLET AND SONS INC
2309 N Highway 183 #555
La Crosse, KS 67548
 Serve:  Richard Schweitzer
        1717 K Street NW, Suite 900
        Washington, DC 20006

SOLID ROCK TRANSPORTATION c/o
ENGAGED FINANCE
10812 NW Highway 45
Parkville, MO 64152
 Serve:  Chad Earwood
        173 English Landing Drive, Suite 210
        Parkville, MO 64152

SPEEDNGO LOGISTICS c/o BOBTAIL
CAPITAL INC
11123 Potomac Oaks Drive
Rockville, MD 20850
 Serve:  Gurvir Singh
        5318 Ilchester Manor Lane
        Ellicott City, MD 21043

SPOERL TRUCKING
W1307 Industrial Drive
Ixonia, WI 53036
 Serve:  Desert Eagle Investigations
        712 H Street NE, Suite 1354
        Washington, DC 20002

STAL TRUCKING c/o JD FACTORS
500 Silver Spur Road, #306
Rancho Palos Verdes, CA 90275
 Serve:  CT Corporation System
        330 N Brand Boulevard
        Glendale, CA 91203

STEADY ROLLIN-FASE BERNARD
SANDERS c/o PORTER BILLING SERVICE
2 North Jackson Street, Suite 605
Montgomery, AL 36104
 Serve:  CT Corporation System
        2 North Jackson Street, Suite 605
        Montgomery, AL 36104

STEIN & SONS LLC
247 US Highway 60 W
Republic, MO 65738
 Serve:  The Carter Corporation Inc
         1629 K Street NW, Suite 300
         Washington, DC 20006

SUNWAY CARRIERS INC
13550 US-30, #306
Plainfield, IL 60544
 Serve:  Registered Agents Inc
         1717 N Street NW, Suite 1
         Washington, DC 20036-0000

SUPREME CARRIERS INC
141 – 142nd Street
South Sioux City, NE 68776
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

SVL LOGISTICS LLC
14703 Gunston Hall Place
Culpeper, VA 22701
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

TBS FACTORING SERVICE, LLC
7740 NW 85th Terrace
Oklahoma City, OK 73132
 Serve:  TBS Factoring Service LLC
         7740 NW 85th Terrace
         Oklahoma City, OK 73132

T-DAVIS TRUCKING LLC c/o LOVES
SOLUTIONS
P.O. Box 96-0479
Oklahoma City, OK 73196
 Serve:  CT Corporation System
         1833 South Morgan Road
         Oklahoma City, OK 73128

TEC TRUCKING LLC
12949 Eastbrook Drive, Apt. 262
El Paso, TX 79938
 Serve:  Desert Eagle Investigations
         712 H Street NE, Suite 1354
         Washington, DC 20002

TIGER TRANSPORT
1024 River Drive
River Falls, WI 54022
 Serve:  Truck Process Agents of America Inc
         712 H Street NE, Suite 1526
         Washington, DC 20002

TMS DELIVERY INC c/o BAXTER BAILEY &
ASSOCIATES
6858 Swinnea Road, Building 4
Southaven, MS 38671
 Serve:  CT Corporation System
         645 Lakeland East Drive, Suite 101
         Flowood, MS 39232

TOTAL EMERGENCE LLC c/o PORTER
BILLING SERVICES
2 North Jackson Street, Suite 605
Montgomery, AL 36104
 Serve:  CT Corporation System
         2 North Jackson Street, Suite 605
         Montgomery, AL 36104

TRIDENT TRANSPORTATION c/o BOBTAIL
CAPITAL INC
11123 Potomac Oaks Drive
Rockville, MD 20850
 Serve:  Gurvir Singh
         5318 Ilchester Manor Lane
         Ellicott City, MD 21043

TRIUMPH CAPITAL c/o PRICE RITE
TRANSPORT LLC
12700 Park Central Drive, Suite 1700
Dallas, TX 75251
Serve:  CT Corporation System
         1999 Bryan Street, Suite 900
         Dallas, TX 75201

TRM TRANSPORT c/o BAXTER BAILEY &
ASSOCIATES
6858 Swinnea Road, Building 4
Southaven, MS 38671
 Serve:  CT Corporation System
         645 Lakeland East Drive, Suite 101
         Flowood, MS 39232

TURN & BURN TRANSPORTATION LLC c/o
OPERATION FIANCE CO
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
 Serve:  Registered Agents Inc
         5900 Balcones Drive, Suite 100
         Austin, TX 78731

TW SCHMIDT & SONS TRUCKING LLC
675 Booneslick Road
High Hill, MO 63350
 Serve:  One Source Process Inc
         1133 13th St NW, Suite C4
         Washington, DC 20005

TWIN TRUCKING c/o GAP FACTORING INC
P.O. Box 5329
Twin Falls, ID 83303-5329
 Serve:  Greg Paulson
         2301 Settlers Lane
         Twin Falls, ID 83301

V&C TRANSPORT LLC c/o PARKIH
FINANCIAL LLC
4306 Lakefront Court, # CXT
Missouri City, TX 77459-1646
 Serve:  Keval Patel
         19855 Southwest Freeway, Suite 330
         Sugar Land, TX 77479

VICE VERSA LLC
21 Northland Way
Sagle, ID 83860
 Serve:  William H. Shawn/Shawn Coulson LLP
         1320 19th Street NW, Suite 601
         Washington, DC 20026

-26-

VOM HAUS KHUN FREIGHT LINES INC
355 W Dundee Road, Suite 202
Buffalo Grove, IL 60089
 Serve:  District Legal Services LLC
         1615 New Hampshire Avenue NW
         Suite 400
         Washington, DC 20009

WALTER BENNY TRUCKING c/o NEW
VISION TRANSPORTATION SERVICES INC
1455 Highway 138 E
Stockbridge, GA 30281
 Serve:  Barbara Perkins
         1455 Highway 138 E
         Stockbridge, GA 30281

WESTLAKE TRANSPORTATION INC
358 W Plum Place
Saratoga Springs, UT 84045
 Serve:  Truck Process Agents of America, Inc
         1480 S Pioneer Road
         Salt Lake City, UT 84104

WESTLAKE TRANSPORTATION INC
358 W Plum Place
Saratoga Springs, UT 84045
 Serve:  Truck Process Agents of America, Inc
         712 H Street NE, Suite 1526
         Washington, DC 20002

WILLE TRANSPORT INC
521 West Highway, #2
Cohasset, MN 55721
 Serve:  Richard Schweitzer
         1717 K Street NW, Suite 900
         Washington, DC 20006

WOLF DELIVERY LLC c/o SINGLE POINT
CAPITAL
4 Houston Center
1221 Street, Suite 1000
Houston, TX 77010
  Serve:  George A Kunsky
          1221 Lamar Street., Suite 1000
          Houston, TX 77010

WOLK LOGISTICS LLC
4213 Stonemeadow Court
Louisville, KY 40218
 Serve:  District Legal Services LLC
          1615 New Hampshire Ave NW, Suite 400
          Washington, DC 20009

WYREFREE COM LLC
690 Standing Stone Park Highway
Hilham, TN 38568
 Serve:  William H. Shawn
          1320 19th Street NW, #800
          Washington, DC 20036

YMK LOGISTCS INC
2618 White Sands Lane
Montgomery, IL 60538
 Serve:  Shawn Coulson LLP
          1320 19th Street, #601
          Washington, DC 20036
          POC:  William H. Shawn

                    Defendants.


## COMPLAINT IN INTERPLEADER

Allegheny Casualty Company ("Allegheny"), by and through its counsel, sets forth its complaint for Interpleader against the Interpleader Defendants as set forth below and states the following:

## PARTIES

1.      Allegheny is a New Jersey corporation with its principal place of business at 1 Baxter Way, Suite 130, Westlake Village, CA 91362.

2.      Interpleader Defendant, Spoerl Trucking, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $5,700.00

-28-

3.      Interpleader Defendant, Hi-Speed Trucking Inc., can be served through Truck Process Agents of America Inc, 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,600.00.

4.      Interpleader Defendant, Heavy Haul Solutions, can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $4,000.00.

5.      Interpleader Defendant, Stal Trucking c/o Jd Factors, can be served through CT Corporation System, 330 N Brand Blvd, Glendale, CA 91203, and asserts a claim for unpaid freight bills totaling $4,200.00.

6.      Interpleader Defendant, Hi-Speed Trucking Inc., can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,350.00.

7.      Interpleader Defendant, A and D Trucking LLC, can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $2,500.00.

8.      Interpleader Defendant, Twin Trucking c/o Gap Factoring Inc., can be served through Greg Paulson 2301 Settlers Lane, Twin Falls, ID 83301, and asserts a claim for unpaid freight bills totaling $12,500.00.

9.      Interpleader Defendant, Arst LLC, can be served through Collin Long, 1100 New Jersey Avenue SE, Suite 1050, Washington, DC 20003, and asserts a claim for unpaid freight bills totaling $1,600.00.

10.    Interpleader Defendant, Wyrefree Com LLC, can be served through William H. Shawn, 1320 19th Street NW, #800, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $3,650.00.

11.    Interpleader Defendant, FL Heavy Haulers LLC c/o GH Factor, can be served through Oswaldo Gutierrez, 671 West 18th Street, Hialeah, FL 33010, and asserts a claim for unpaid freight bills totaling $5,100.00.

12.    Interpleader Defendant, Envy Express c/o Porter Billing Services, can be served through CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104, and asserts a claim for unpaid freight bills totaling $5,300.00.

13.    Interpleader Defendant, Scott & Sandy Hot Shot c/o Porter Billing Services, can be served through CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104, and asserts a claim for unpaid freight bills totaling $1,400.00.

14.    Interpleader Defendant, Steady Rollin-Fase Bernard Sanders c/o Porter Billing Services, can be served through CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104, and asserts a claim for unpaid freight bills totaling $1,200.00.

15.    Interpleader Defendant, Total Emergence LLC c/o Porter Billing Services, can be served through CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104, and asserts a claim for unpaid freight bills totaling $1,100.00.

16.    Interpleader Defendant, SVL Logistics LLC, Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,900.00.

8057386

17.     Interpleader Defendant, C3 Trucking LLC, can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526 Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $3,800.00.

18.     Interpleader Defendant, YMK Logistics Inc., can be served through Shawn Coulson LLP, 1320 19th Street, #601, Washington, DC 20036, POC:  William H. Shawn, and asserts a claim for unpaid freight bills totaling $4,400.00.

19.     Interpleader Defendant, Amautotrans LLC, can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $2,000.00

20.     Interpleader Defendant, G Squared Funding LLC f/b/o James Hall, Jr. d/b/a Jim Hall Trucking, can be served through Glenn M. Lyon, Esq., 1100 Peachtree Street NE, Suite 640, Atlanta, GA 30309, and asserts a claim for unpaid freight bills totaling $1,100.00.

21.     Interpleader Defendant, Tiger Transport, can be served through Truck Process Agents of America Inc, 712 H Street NE, Suite 1526, Washington, DC, 20002, and asserts a claim for unpaid freight bills totaling $1,200.00.

22.     Interpleader Defendant, MC Limited LLC c/o Pro Funding, can be served through George F. Laforte, Jr., 1450 Summit Avenue, Suite 325, Oakbrook Terrace, IL 60181, and asserts a claim for unpaid freight bills totaling $2,500.00.

23.     Interpleader Defendant, KG Square Logistiks LLC c/o AFS, can be served through Corporation Service Company, 1100 SW Wanamaker Road, Suite 103, Topeka, KS 66604, and asserts a claim for unpaid freight bills totaling $2,500.00.

8057386

24.     Interpleader Defendant, Royal Blue Gem Enterprises Inc. c/o Phoenix Capital Group, can be served through Bryan Alsobrooks, 8707 E Vista Bonita Drive, Suite 240, Scottsdale, AZ 85255, and asserts a claim for unpaid freight bills totaling $1,700.00.

25.     Interpleader Defendant, Northern Utah Trucking Services Inc., can be served through District Legal Services LLC, 1615 New Hampshire Avenue, Washington, DC 20001, and asserts a claim for unpaid freight bills totaling $2,200.00.

26.     Interpleader Defendant, Murphy Transport LLC, can be served through Justice Serves LLC, 1032 15th Street NW, Suite 120, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,500.00.

27.     Interpleader Defendant, Trident Transportation c/o Bobtail Capital Inc., can be served through Gurvir Singh, 5318 Ilchester Manor Lane, Ellicott City, MD 21043, and asserts a claim for unpaid freight bills totaling $1,100.00.

28.     Interpleader Defendant, SpeedNGo Logistics c/o Bobtail Capital Inc., can be served through Gurvir Singh, 5318 Ilchester Manor Lane, Ellicott City, MD 21043, and asserts a claim for unpaid freight bills totaling $1,800.00

29.     Interpleader Defendant, CB Freight Inc., can be served through William H.Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,720.00.

30.     Interpleader Defendant, Solid Rock Transportation c/o Engaged Finance, can be served through Chad Earwood, 173 English Landing Drive, Suite 210, Parkville, MO 64152, and asserts a claim for unpaid freight bills totaling $2,200.00.

31.     Interpleader Defendant, Road Star Trans Inc c/o Bobtail Capital Inc., can be served through Gurvir Singh, 5318 Ilchester Manor Lane, Ellicott City, MD 21043, and asserts a claim for unpaid freight bills totaling $2,000.00.

32.     Interpleader Defendant, Integrity Express Inc., can be served through Priority Process, 5614 Connecticut NW Avenue, Suite 268, Washington, DC 2001, and asserts a claim for unpaid freight bills totaling $2,700.00.

33.     Interpleader Defendant, CST Financial Services c/o Jesse English Trucking d/b/a English & Sons Trucking, can be served through CST Financial Services LLC, 172 W 9400 S, Sandy, UT 84070, and asserts a claim for unpaid freight bills totaling $2,600.00.

34.     Interpleader Defendant, Romeo Group Transport LLC c/o Phoenix Capital, can be served through Bryan Alsobrooks, 8707 E Vista Bonita Drive, Suite 240, Scottsdale, AZ 85255, and asserts a claim for unpaid freight bills totaling $1,400.00.

35.     Interpleader Defendant, Elk Transport LLC, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,400.00.

36.     Interpleader Defendant, J's and Miriam Trucking c/o Pacific Freight Funding can be served through Doug Kanyer, 316 N. 3rd Street, Yakima, WA 98907, and asserts a claim for unpaid freight bills totaling $1,300.00.

37.     Interpleader Defendant, Cliff Browing Trucking, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $3,650.00.

38.     Interpleader Defendant, Cliff Browing Trucking, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $3,300.00

39.     Interpleader Defendant, Cliff Browing Trucking, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $200.00.

40.     Interpleader Defendant, A&M Trucking LLC c/o Basic Block Inc., can be served through Brett Byman, 720 O Street, Suite F, Lincoln, NE 68508, and asserts a claim for unpaid freight bills totaling $12,300.00.

41.     Interpleader Defendant, KC Transportation Services, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,350.00.

42.     Interpleader Defendant, Onon LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,100.00.

43.     Interpleader Defendant, Stein & Sons LLC, can be served through The Carter Corporation Inc., 1629 K Street NW, Suite 300, Washington, DC 20006, and asserts a claim for unpaid freight bills totaling $1,960.00.

44.     Interpleader Defendant, Walter Benny Trucking c/o New Vision Transportation Services Inc., can be served through Barbara Perkins, 1455 Highway 138 E, Stockbridge, GA 30281, and asserts a claim for unpaid freight bills totaling $2,000.00.

45.    Interpleader Defendant, Gulf Coast Bank & Trust Company c/o Phoenix Capital Group, can be served through Bryan Alsobrooks, 8707 E Vista Bonita Drive, Suite 240, Scottsdale, AZ 85255, and asserts a claim for unpaid freight bills totaling $2,150.00.

46.    Interpleader Defendant, Vice Versa LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $3,500.00.

47.    Interpleader Defendant, Sunway Carriers Inc., can be served through Registered Agents Inc., 1717 N Street NW, Suite 1, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $1,550.00.

48.    Interpleader Defendant, Simple 1 Group LLC, can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $5,900.00.

49.    Interpleader Defendant, Heartland Carriers, can be served through William H. Shawn/Shawn Coulson LLP, 49 Representative Lane, Dover, DE 19904, and asserts a claim for unpaid freight bills totaling $4,000.00.

50.    Interpleader Defendant, Liza's Express, can be served through Robert Walker, 1307 New Hampshire Avenue NW, Suite 400, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $2,600.00.

51.    Interpleader Defendant, Sunway Carriers Inc., can be served through Registered Agents Inc., 1717 N Street NW, Suite 1, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $1,700.00.

8057386

52.     Interpleader Defendant, Sunway Carriers Inc., can be served through Registered Agents Inc, 1717 N Street NW, Suite 1, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $2,500.00.

53.     Interpleader Defendant, Skillet and Sons Inc., can be served through Richard Schweitzer, 1717 K Street NW, Suite 900, Washington, DC 20006, and asserts a claim for unpaid freight bills totaling $1,200.00.

54.     Interpleader Defendant, Arco Trucking LLC, can be served through The Carter Corporation Inc., 1629 K Street NW, Suite 300, Washington, DC 20006, and asserts a claim for unpaid freight bills totaling $1,380.00.

55.     Interpleader Defendant, Khairkhan Inc., can be served through Justice Serves, LLC, 1032 15th Street NW Suite 120, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,900.00.

56.     Interpleader Defendant, Julia Trucking Corp., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,700.00.

57.     Interpleader Defendant, Fairway Transport c/o Surety Financial, can be served through Joel Leroy, 2554 Crimson Ridge Drive, St. George, UT 84790, and asserts a claim for unpaid freight bills totaling $2,300.00.

58.     Interpleader Defendant, FSD Freight Company, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,000.00.

8057386

59.    Interpleader Defendant, Integrity Auto Transport, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,550.00.

60.    Interpleader Defendant, Integrity Auto Transport, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,150.00.

61.    Interpleader Defendant, Desert Rat Transportation, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $6,300.00.

62.    Interpleader Defendant, NH Transport Inc., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,750.00.

63.    Interpleader Defendant, L Reyes Transportation Inc. c/o ACS Factors, can be served through John R. Cummings, 1202 Monte Vista Avenue, #20, Upland, CA 91786, and asserts a claim for unpaid freight bills totaling $2,100.00.

64.    Interpleader Defendant, Dennis Transportation c/o Steelhead Finance, can be served through Steve Erb, 1528 Biddle Road, Medford, OR 97504, and asserts a claim for unpaid freight bills totaling $3,250.00.

65.    Interpleader Defendant, Sunway Carriers Inc. can be served through Registered Agents Inc., 1717 N Street NW, Suite 1, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $2,100.00.

66.     Interpleader Defendant, Boomerang Express, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $4,600.00.

67.     Interpleader Defendant, Lune Martine Express LLC c/o Loves Solutions, can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $1,700.00.

68.     Interpleader Defendant, 2407 Express LLC c/o Loves Solutions can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $2,850.00.

69.     Interpleader Defendant, New Way Go Inc c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,700.00.

70.     Interpleader Defendant, New Way Go Inc. c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,700.00.

71.     Interpleader Defendant, Amtruck Transport LLC c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,975.00.

72.     Interpleader Defendant, Click Express Inc. c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $2,000.00.

73.    Interpleader Defendant, Click Express Inc c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $2,400.00.

74.    Interpleader Defendant, Golden Carrier Inc. can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $3,500.00.

75.    Interpleader Defendant, Aravan Cargo Inc., can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,600.00.

76.    Interpleader Defendant, Bain Hauling LLC c/o Loves Solutions can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling  $1,000.00.

77.    Interpleader Defendant, T-Davis Trucking LLC c/o Loves Solutions, can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $2,350.00.

78.    Interpleader Defendant, Perodin Express LLC c/o Loves Solutions, can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $1,500.00.

79.    Interpleader Defendant, Jay-Trux Inc. d/b/a Jorgensen Bros Trucking, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,400.00.

8057386

80.     Interpleader Defendant, V&C Transport LLC c/o Parkih Financial LLC, can be served through Keval Patel, 19855 Southwest Freeway, Suite 330, Sugar Land, TX 77479, and asserts a claim for unpaid freight bills totaling $1,500.00.

81.     Interpleader Defendant, C1Transportation, can be served through District Legal Services LLC, 1615 New Hampshire Avenue, Washington, DC 20001, and asserts a claim for unpaid freight bills totaling $1,700.00.

82.     Interpleader Defendant, C1Transportation, can be served through District Legal Services LLC, 1615 New Hampshire Avenue, Washington, DC 20001, and asserts a claim for unpaid freight bills totaling $2,200.00.

83.     Interpleader Defendant, C1Transportation, can be served through District Legal Services LLC, 1615 New Hampshire Avenue Washington, DC 20001, and asserts a claim for unpaid freight bills totaling $1,700.00.

84.     Interpleader Defendant, DIJ Transco LTD c/o Next Day Funding, can be served through Mindaugas Mickevicius, 21000 Torrence Avenue, Ford Heights, IL 60411, and asserts a claim for unpaid freight bills totaling $2,500.00.

85.     Interpleader Defendant, Family Tradition Trucking LLC c/o Loves Solutions can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $1,750.00.

86.     Interpleader Defendant, Kingmann Transport c/o Loves Solutions, can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $2,250.00,

87. Interpleader Defendant, ITrucking Services Inc. c/o Loves Solutions, can be served through CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128, and asserts a claim for unpaid freight bills totaling $1,000.00.

88. Interpleader Defendant, NVA Transportation c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,300.00.

89. Interpleader Defendant, NVA Transportation c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,300.00.

90. Interpleader Defendant, Manas Express Corp c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $2,350.00.

91. Interpleader Defendant, Across America Logistics Inc c/o Apex Capital, can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $5,400.00.

92. Interpleader Defendant, Ohio Global Transportation LLC c/o Aladdin Financial, can be served through Scott Keogh, 1201 W Russell Street, Sioux Falls, SD 57104, and asserts a claim for unpaid freight bills totaling $1,200.00.

93. Interpleader Defendant, SAS Transportation LLC C/O Aladdin Financial, can be served through Scott Keogh, 1201 W Russell Street, Sioux Falls, SD 57104, and asserts a claim for unpaid freight bills totaling $2,400.00.

8057386

94.     Interpleader Defendant, Atlasib LLC d/b/a Rout One Specialized, can be served through Savage Process Service, 4315 50th Street NW, Washington, DC 20016, and asserts a claim for unpaid freight bills totaling $1,750.00.

95.     Interpleader Defendant, Kaiser Transport Inc., can be served through Business Filings Incorporated, 1015 15th Street NW, Suite 1000, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $3,000.00.

96.     Interpleader Defendant, A N G Transport LLC d/b/a High Caliber Trucking c/o England Carrier Services LLC, can be served through England Carrier Services LLC, 1325 S 4700 W, Salt Lake City, UT 84104, and asserts a claim for unpaid freight bills totaling $1,400.00.

97.     Interpleader Defendant, Kaiser Transport Inc., can be served through Business Filings Incorporated, 1015 15th Street NW, Suite 1000, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,500.00.

98.     Interpleader Defendant, Dutch Transport LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $3,000.

99.     Interpleader Defendant, Frontier Heavy Haul, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $4,400.

100.    Interpleader Defendant, JK Haulin 10 LLC c/o iThrive Funding LLC, can be served through iThrive Funding LLC, 1104 Country Hills Drive, Ogden, UT 84403, and asserts a claim for unpaid freight bills totaling $1,500.

101.    Interpleader Defendant, MTA Heavy Haul Corp c/o Oak Hill Capital Corp d/b/a Four Winds Capital Group, can be served through Steven M. Kurtz, 44 Apple Street, Tinton Falls, NJ 07724, and asserts a claim for unpaid freight bills totaling $3,000.

102.    Interpleader Defendant, American Eagle Plus Inc., can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,000.

103.    Interpleader Defendant, Ritter Farms LLC can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,500.

104.    Interpleader Defendant, Sherer Express c/o Assist Financial Services, can be served through Brian G. Kringen, 1533 NW 2nd Street, Madison, SD 57042, and asserts a claim for unpaid freight bills totaling $2,700.

105.    Interpleader Defendant, Mega Miles Inc., can be served through Spirit Asset Protection LLC, 1717 N Street NW, #1, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $3,550.

106.    Interpleader Defendant, Commercial Transportation Group LLC d/b/a CTG, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,500.

107.    Interpleader Defendant, Innovate Express LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,800.

108.    Interpleader Defendant, Monson Truck Line can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,100.

109.    Interpleader Defendant, DJA Flatbed Services Inc., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,700.

110.    Interpleader Defendant, Interstate Solutions LTD c/o Fleetone Factoring LLC, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,00t0.

111.    Interpleader Defendant, Diamond Transportation System Inc., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,800.

112.    Interpleader Defendant, MM ETH Transportation LLC c/o iThrive Funding LLC, can be served through iThrive Funding LLC, 1104 Country Hills Drive, Ogden, UT 84403, and asserts a claim for unpaid freight bills totaling $5,000.00.

113.    Interpleader Defendant, LA&RZ LLLC c/o Sunbelt Finance, can be served through Mickey Seeman, 2900 Browns Lane, Jonesboro, AR 72401, and asserts a claim for unpaid freight bills totaling $725.00.

114.    Interpleader Defendant, Pacifica Express LLC c/o England Logistics Carrier Services, can be served through England Carrier Services LLC, 1325 S 4700 W, Salt Lake City, UT 84104, and asserts a claim for unpaid freight bills totaling $2,900.00.

115.    Interpleader Defendant, General Express LLC, can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $4,000.00.

116.    Interpleader Defendant, Wolk Logistics LLC, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $4,650.00.

117.    Interpleader Defendant, Aventus Transportation, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $2,600.00.

118.    Interpleader Defendant, Aventus Transportation, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $2,350.00.

119.    Interpleader Defendant, Silver Hawk LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,300.00.

120.    Interpleader Defendant, Turn & Burn Transportation LLC c/o Operation Finance Co., can be served through Registered Agents Inc., 5900 Balcones Drive, Suite 100, Austin, TX 78731, and asserts a claim for unpaid freight bills totaling $1,950.00.

121.    Interpleader Defendant, AGS Freight Inc. c/o Compass Funding Solutions, can be served through Arleesia McDonald, 115 55th Street, Suite 301, Clarendon Hills, IL 60514, and asserts a claim for unpaid freight bills totaling $2,150.00.

122.    Interpleader Defendant, Supreme Carriers Inc., can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,750.00.

123.    Interpleader Defendant, Kress Xpress Transportation Inc., can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,400.00.

124.    Interpleader Defendant, Kress Xpress Transportation Inc., can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $2,400.00.

125.    Interpleader Defendant, CSL Transport LLC, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $2,200.00.

126.    Interpleader Defendant, Vom Haus Khun Freight Lines Inc., can be served through District Legal Services LLC,1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $1,250.00.

127.    Interpleader Defendant, Beemac Inc., can be served through Corporation Service Company, 1090 Vermont Avenue NW, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $150.00.

128.    Interpleader Defendant, Austin Logistics c/o SmartTrucker LLC, can be served through CT Corporation System, 330 N Brand Boulevard, Glendale, CA 91203, and asserts a claim for unpaid freight bills totaling $2,650.00.

129.    Interpleader Defendant, Escaperental d/b/a ER Trucking c/o SmartTrucker LLC, can be served through CT Corporation System, 330 N Brand Boulevard, Glendale, CA 91203, and asserts a claim for unpaid freight bills totaling $1,200.00.

130.    Interpleader Defendant, Elite SD LLC c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $800.00.

131.    Interpleader Defendant, LT Logistics Inc. c/o SmartTrucker LLC, can be served through CT Corporation System, 330 N Brand Boulevard, Glendale, CA 91203, and asserts a claim for unpaid freight bills totaling $1,9750.00.

132.    Interpleader Defendant, Matos Transport LLC c/o SmartTrucker LLC, can be served through CT Corporation System, 330 N Brand Boulevard, Glendale, CA 91203, and asserts a claim for unpaid freight bills totaling $2,200.00.

133.    Interpleader Defendant, Wolf Delivery LLC c/o Single Point Capital, can be served through George A. Kunsky, 4 Houston Center, 1221 Street, Suite 1000, Houston, TX 77010 and asserts a claim for unpaid freight bills totaling $2,250.00.

134.    Interpleader Defendant, TRM Transport c/o Baxter Bailey & Associates, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $3,700.00.

135.    Interpleader Defendant, Greentree Transportation Company, can be served through One Source Process Inc.,1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $2,450.00.

136.    Interpleader Defendant, JPT Transportation LLC c/o Baxter Bailey & Associates, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $1,675.00.

137.    Interpleader Defendant, Crossroads Express LLC c/o Baxter Bailey & Associates, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $1,800.00.

138.    Interpleader Defendant, S&M Hauling LLC c/o Internet Truckstop Factoring, can be served through Ambyr O'Donnell, 1444 S Entertainment Avenue, Suite 110, Boise, ID 83709, and asserts a claim for unpaid freight bills totaling $5,000.00.

139.    Interpleader Defendant, Kenrs Enterprises Inc. c/o eCapital Factoring Corp., can be served through Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301, and asserts a claim for unpaid freight bills totaling $5,100.00.

140.    Interpleader Defendant, HRG Logistics LLC, can be served through Justice Serves LLC, 1032 15th Street NW, Suite 120, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $4,500.00.

141.    Interpleader Defendant, Nomad Freight, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $3,200.00.

142.    Interpleader Defendant, JL Transport LLC c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $2,200.00.

143.    Interpleader Defendant, Ally Enterprises LLC c/o Orange Commercial Credit, can be served through Orange Commercial Credit, 2415 Heritage Court SW, Olympia, WA 98502, and asserts a claim for unpaid freight bills totaling $6,250.00.

144.    Interpleader Defendant, First Class Transportation LLC c/o Orange Commercial Credit, can be served through Orange Commercial Credit, 2415 Heritage Court SW, Olympia, WA 98502, and asserts a claim for unpaid freight bills totaling $2,800.00.

145.    Interpleader Defendant, Hudgpeth Hauling LLC c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,400.00.

146.    Interpleader Defendant, EBR Transport c/o Financial Carrier Services d/b/a TS Charlotte, can be served through Nichele Marks, 260 Parkway Plaza Boulevard, Suite 115, Charlotte, NC 28217, and asserts a claim for unpaid freight bills totaling $1,600.00.

147.    Interpleader Defendant, Hudgpeth Hauling LLC c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,400.00.

148.    Interpleader Defendant, Lada II Express Inc c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $1,450.00.

149.    Interpleader Defendant, Boorana Logistics LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,150.00.

8057386

150.    Interpleader Defendant, Nomad Freight, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $4,200.00.

151.    Interpleader Defendant, Clarkfield Automotive Repair Inc., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $2,600.00.

152.    Interpleader Defendant, Westlake Transportation Inc., can be served through Truck Process Agents of America Inc., 1480 S Pioneer Road, Salt Lake City, UT 84104, and asserts a claim for unpaid freight bills totaling $1,950.00.

153.    Interpleader Defendant, CW Leasing & Transport Inc., can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $3,500.00.

154.    Interpleader Defendant, Westlake Transportation Inc., can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,950.00.

155.    Interpleader Defendant, TW Schmidt & Sons Trucking LLC, can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $2,150.00.

156.    Interpleader Defendant, Gulf Stream Transportation Inc. c/o Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $3,200.00.

8057386

157.     Interpleader Defendant, Hope Trans LLC c/o XXLerate Financial LLC, can be served through Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $3,800.00.

158.     Interpleader Defendant, Chris Helms Transportation, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,600.00.

159.     Interpleader Defendant, Lore Transport Inc c/o Factoring Express LLC, can be served through Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $2,425.00.

160.     Interpleader Defendant, Boorana Logistics LLC, can be served through William H. Shawn/Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20026, and asserts a claim for unpaid freight bills totaling $1,850.00.

161.     Interpleader Defendant, Wille Transport Inc., can be served through Richard Schweitzer, 1717 K Street NW, Suite 900, Washington, DC 20006, and asserts a claim for unpaid freight bills totaling $2,600.00.

162.     Interpleader Defendant, TEC Trucking LLC, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $5,000.00.

163.     Interpleader Defendant, TEC Trucking LLC, can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $5,000.00.

8057386

164.    Interpleader Defendant, Apex Capital Corp., can be served through Chris Bozek, 301 Commerce Street, Suite 1000, Fort Worth, TX 76102, and asserts a claim for unpaid freight bills totaling $2,700.00.

165.    Interpleader Defendant, TBS Factoring Service LLC, can be served through TBS Factoring Service LLC, 7740 NW 85th Terrace, Oklahoma City, OK 73132, and asserts a claim for unpaid freight bills totaling $900.00.

166.    Interpleader Defendant, TBS Factoring Service LLC, can be served through TBS Factoring Service LLC, 7740 NW 85th Terrace, Oklahoma City, OK 73132, and asserts a claim for unpaid freight bills totaling $2,000.00.

167.    Interpleader Defendant, TBS Factoring Service LLC, can be served through TBS Factoring Service LLC, 7740 NW 85th Terrace, Oklahoma City, OK 73132, and asserts a claim for unpaid freight bills totaling $2,500.00.

168.    Interpleader Defendant, TBS Factoring Service LLC, can be served through TBS Factoring Service LLC, 7740 NW 85th Terrace, Oklahoma City, OK 73132, and asserts a claim for unpaid freight bills totaling $5,500.00.

169.    Interpleader Defendant, TBS Factoring Service LLC, can be served through TBS Factoring Service LLC, 7740 NW 85th Terrace, Oklahoma City, OK 73132, and asserts a claim for unpaid freight bills totaling $2,500.00.

170.    Interpleader Defendant, Empire Transportation Inc., can be served through Truck Process Agents of America Inc., 712 H Street NE, Suite 1526, Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $3,600.00.

171.    Interpleader Defendant, Baxter Bailey & Associates c/o Say Transportation Corporation, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $4,600.00.

172.    Interpleader Defendant, Bridge Capital, can be served through District Legal Services LLC, 1615 New Hampshire Avenue NW, Suite 400, Washington, DC 20009, and asserts a claim for unpaid freight bills totaling $2,400.00.

173.    Interpleader Defendant, eCapital Freight Factoring Corp., can be served through Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301, and asserts a claim for unpaid freight bills totaling $800.00.

174.    Interpleader Defendant, Eastern Express Inc., can be served through Mesirow & Savitz, 1710 Connecticut Avenue NW, # 300, Washington, DC 20009, POC:  Robert Walker, and asserts a claim for unpaid freight bills totaling $1,700.00.

175.    Interpleader Defendant, Gulf States Transport Inc., can be served through Desert Eagle Investigations, 712 H Street NE, Suite 1354 Washington, DC 20002, and asserts a claim for unpaid freight bills totaling $1,250.00.

176.    Interpleader Defendant, Alexander Winton and Associates c/o Relaxed Logistics LLC can be served through Will Thomas Allen, 8709 Kerri Ruth Road, Hernando, MS 38632, and asserts a claim for unpaid freight bills totaling $1,400.00.

177.    Interpleader Defendant, Amil Logistics LLC, can be served through One Source Process Inc., 1133 13th Street NW, Suite C4, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,700.00.

178.     Interpleader Defendant, eCapital Freight Factoring Corp., can be served through Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301, and asserts a claim for unpaid freight bills totaling $2,400.00.

179.     Interpleader Defendant, eCapital Freight Factoring Corp., can be served through Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301, and asserts a claim for unpaid freight bills totaling $1,650.00.

180.     Interpleader Defendant, Old Glory Express Inc., can be served through Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $1,350.00.

181.     Interpleader Defendant, Haulpay, can be served through Stephen Kochan, 235 East Broadway, Suite 725, Long Beach, CA 90802, and asserts a claim for unpaid freight bills totaling $7,450.00.

182.     Interpleader Defendant, TMS Delivery Inc. c/o Baxter Bailey & Associates, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $1,750.00.

183.     Interpleader Defendant, Riga Trucking LLC c/o Baxter Bailey & Associates, can be served through CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232, and asserts a claim for unpaid freight bills totaling $2,400.00.

184.     Interpleader Defendant, Triumph Capital c/o of Price Rite Transport LLC, can be served through CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 7501 and asserts a claim for unpaid freight bills totaling $1,750.

185.     Interpleader Defendant, Internet Truckstop Payments, can be served through Ambyr O'Donnell, 1444 S Entertainment Avenue, Suite 110, Boise, ID 83709, and asserts a claim for unpaid freight bills totaling $2,200.00.

186.     Interpleader Defendant, SA Trucking Logistics Inc., can be served through Justice Serves LLC, 1032 15th Street NW, Suite 120, Washington, DC 20005, and asserts a claim for unpaid freight bills totaling $1,700.00.

187.     Interpleader Defendant, Hribar Transport LLC, can be served through Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $2,400.00.

188.     Interpleader Defendant, Bennett Motor Express LLC, can be served through Shawn Coulson LLP, 1320 19th Street NW, Suite 601, Washington, DC 20036, and asserts a claim for unpaid freight bills totaling $14,800.00.

## JURISDICTION AND VENUE

189.     This court has jurisdiction over this case pursuant to 49 U.S.C. § 14704 for actions relating to motor carriers or brokers; 28 U.S.C. § 1335 which grants Federal District Courts original jurisdiction of any civil action of interpleader as two or more of the adverse claimants in this action, designated as defendants, are of diverse citizenship and the penal sum of the bond is equal to or more than $500.00; and 28 U.S.C. § 1352 which gives Federal District Courts original jurisdiction of any action on a bond executed under any law of the United States.

190.     Venue is proper in this Court under 28 U.S.C. § 1337 which provides that any civil action of interpleader or in the nature of interpleader under 28 U.S.C. § 1335 may be brought in the judicial district in which one or more of the claimants reside.

8057386

## COUNT I - INTERPLEADER

191.    On July 19, 2024, Allegheny, as surety, pursuant to 49 U.S.C. § 13906(b), wrote a Broker's Surety Bond No. 995164, Form BMC-84 (hereinafter the "Bond"), in the penal sum of $75,000.00, for Universal Logistics & Brokerage LLC, as principal, in favor of the United States of America for the use and benefit of any and all motor carriers or shippers to whom the principal may be legally liable for damages described in said Bond.  A copy of the Bond Form BMC-84 and confirmation of binding with the FMCSA is attached as Exhibit A.

192.    On December 12, 2024, Allegheny issued a cancellation notice of the Bond in accordance with 49 U.S.C. § 13906(b)(4).

193.    Pursuant to 49 U.S.C. § 13906(b)(6), cancellation of the Bond was publicly advertised for claims beginning on the date of publication of the cancellation of the Bond, December 12, 2024, and ending on February 10, 2025, 60 days thereafter.

194.    Allegheny has received notice of multiple claims against its Bond by various bond claimants of Universal Logistics & Brokerage LLC, and who are named as Interpleader Defendants herein.  Allegheny provided the Interpleader Defendants with Notice of Intent to Interplead on January 6, 2025 and February 24, 2025 (Exhibit B).

195.    Each of the Interpleader Defendants has asserted a claim with Allegheny against the Bond.

196.    Allegheny is unable to determine the respective interests of the Interpleader Defendants in the proceeds of the Bond and has no adequate remedy at law.

197.    Each of the Interpleader Defendants should be required to demonstrate their claim against the Bond or be barred from making any claim against the Bond.

8057386

198.    The total amount of claims received exceed the $75,000.00 penal sum of the Bond and, accordingly, Allegheny seeks relief in statutory interpleader pursuant to 28 U.S.C. § 1335 to pay the total penal sum of the Bond into the court for disbursement as the court deems proper.

199.    Concurrent with the filing of this Complaint in Interpleader, Allegheny will move this Court for an Order allowing Allegheny to deposit into the Court the sum of Seventy-Five Thousand Dollars ($75,000.00) representing the entire penal sum of its Bond.

**WHEREFORE**, Allegheny Casualty Company prays this court enter an Order as follows:

(1) That each of the Interpleader Defendants be prohibited from instituting or prosecuting any action against Allegheny Casualty Company on the Bond;

(2) That no Interpleader Defendant is entitled to the proceeds of the Bond or any part of it until and after all Interpleader Defendants have asserted their rights to the proceeds;

(3) That Allegheny Casualty Company is discharged and released from all liability under its Bond upon payment of the penal sum of $75,000 into this Court; and

(4) That this Court grant any further relief as the Court deems necessary and appropriate.

Dated:  April 2, 2025                          PORZIO, BROMBERG & NEWMAN, P.C

By: _____
       Charles J. Stoia

       100 Southgate Parkway
       Morristown, NJ 07960
       Telephone:       973-538-4006
       Facsimile:        973-538-5146

       Attorneys for Plaintiff

8057386