# EXHIBIT A

**FORM BMC-84**   Revised 05/19/2017                                                                              **OMB No.: 2126-0017   Expiration: 05/31/2020**

| USDOT Number: _____   Date Received: _____ |

A Federal Agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0017. Public reporting for this collection of information is estimated to be approximately 10 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, Washington, D.C. 20590.



United States Department of Transportation
**Federal Motor Carrier Safety Administration**

Broker's or Freight Forwarder's Surety Bond under 49 U.S.C. 13906

# FORM BMC-84

KNOW ALL MEN BY THESE PRESENTS, that we, _____,
                                               *(Name of Broker or Freight Forwarder)*

of _____,
   *(Street)*                      *(City)*            *(State)*          *(Zip)*

as PRINCIPAL (hereinafter called Principal), and _____,
                                                     *(Name of Surety)*

a corporation, or a Risk Retention Group established under the Liability Risk Retention Act of 1986, Pub. L. 99-563, created and existing

under the laws of the State of _____ (hereinafter called Surety), are held and firmly bound unto the United States of
                                  *(State)*

America in the sum of $75,000 for a broker or freight forwarder, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker or Freight Forwarder pursuant to the provisions of Title 49 U.S.C. 13904, and the rules and regulations of the Federal Motor Carrier Safety Administration relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Federal Motor Carrier Safety Administration such a bond as will ensure financial responsibility and the supplying of transportation subject to the ICC Termination Act of 1995 in accordance with contracts, agreements, or arrangements therefore, and

WHEREAS, this bond is written to assure compliance by the Principal as either a licensed Broker or a licensed Freight Forwarder of Transportation by motor vehicle with 49 U.S.C. 13906(b), and the rules and regulations of the Federal Motor Carrier Safety Administration, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the ICC Termination Act of 1995 under license issued to the Principal by the Federal Motor Carrier Safety Administration, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Federal Motor Carrier Safety Administration forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the _____ day of _____, _____, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Federal Motor Carrier Safety Administration at its office in Washington, DC, such cancellation to become effective thirty (30) days after actual receipt of said notice by the FMCSA on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages herein before described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the FMCSA certifies that a Broker Surety Bond has been issued by the company identified above, and that such company is qualified to make this filing under Section 387.315 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

**FORM BMC-84**   Revised 05/19/2017                                        **OMB No.: 2126-0017   Expiration: 05/31/2020**

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the _____ day of _____, _____.

**PRINCIPAL**                                           **SURETY**

_____                     _____
COMPANY NAME                                            COMPANY NAME

_____  _____        _____  _____
STREET ADDRESS                   CITY                   STREET ADDRESS                   CITY

_____  _____  _____            _____  _____  _____
STATE        ZIP CODE        TELEPHONE NUMBER           STATE        ZIP CODE        TELEPHONE NUMBER

_____             _____
(type or print Principal officer's name and title)      (type or print Principal officer's name and title)

_____             _____
(Principal officer's signature)                         (Principal officer's signature)

_____             _____
(type or print witness's name)                          (type or print witness's name)

_____             _____
(witness's signature)                                   (witness's signature)

(affix Surety seal)

Filings must be transmitted online via the Internet at http://www.fmcsa.dot.gov/urs.

**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Choose Menu Option 

## Insurance History

| US DOT: | 4083343 | Docket Number: | MC01553969 |
|---|---|---|---|
| Legal Name: | UNIVERSAL LOGISTICS AND BROKERAGE LLC | | |

| Form | Type | Insurance Carrier | Policy/Surety | Coverage From | Coverage To | Effective Date From | Effective Date To |
|---|---|---|---|---|---|---|---|
| 84 | SURETY | ALLEGHENY CASUALTY COMPANY | 995164 | $0 | $75,000* | 07/19/2024 | 01/11/2025 Cancelled |
| 84 | SURETY | LEXON INSURANCE COMPANY | 995000 | $0 | $75,000* | 04/25/2024 | 07/18/2024 Cancelled |
| 84 | SURETY | HUDSON INSURANCE COMPANY | TCS21711 | $0 | $75,000* | 04/24/2024 | 04/24/2024 Cancelled |
| 84 | SURETY | HUDSON INSURANCE COMPANY | TCS21711 | $0 | $75,000* | 12/29/2023 | 04/24/2024 Cancelled |
| 84 | SURETY | PHILADELPHIA INDEMNITY INSURANCE COMPANY | PB12237402278 | $0 | $75,000* | 11/30/2023 | 01/14/2024 Cancelled |
| 84 | SURETY | PHILADELPHIA INDEMNITY INSURANCE COMPANY | PB12237402278 | $0 | $75,000* | 11/30/2023 | 12/29/2023 Replaced |
| 84 | SURETY | PHILADELPHIA INDEMNITY INSURANCE COMPANY | PB12237402278 | $0 | $75,000* | 08/26/2023 | 11/30/2023 Cancelled |
| 84 | SURETY | PHILADELPHIA INDEMNITY INSURANCE COMPANY | PB12237402278 | $0 | $75,000* | 06/08/2023 | 08/26/2023 Cancelled |

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders). The carrier may actually have higher levels of coverage.

Carrier Details    Active/Pending Insurance    Rejected Insurance    Authority History    Pending Application    Revocation

March 31, 2025



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts