**EXHIBIT B**



January 6, 2025

NOTICE VIA ELECTRONIC MAIL ONLY

Re:  **NOTICE OF INTENT TO INTERPLEAD**
Freight Broker (BMC-84) Bond Claims
Bond/Policy No.: 995164 ("Bond")
Bond Effective Period: 7/19/2024 – 1/11/2025
Principal: Universal Logistics & Brokerage LLC, MC# 01553969, USDOT# 4083343

To Whom It May Concern:

You are (or represent) the Claimant for the above-referenced Claim made against the Bond issued by Allegheny Casualty Company ("Allegheny"). The following represents an update on the status of your Claim.

The subject freight broker has experienced "financial failure or insolvency," as defined under applicable law. (See, 46 U.S. Code Section 13906(6).) As a result, Allegheny cancelled the Bond, effective December 12, 2024. (To view this cancellation notice, please visit www.safer.fmcsa.dot.gov.)

Prior to cancellation of the Bond, Allegheny received more than 70 competing motor carrier claims, the value of which currently exceeds $200,000.00. These claims do not include the additional claims Allegheny anticipates will be filed throughout the statutory 60-day post-cancellation claim period between the dates of December 12, 2024, and February 10, 2025. (See, 46 U.S. Code Section 13906(6)(C).

Pursuant to 28 U.S.C. § 1335, Allegheny has the legal right to interplead the total bond amount of $75,000 with the appropriate United State District Court ("USDC") for claims filed against *"any obligation written or unwritten in the amount of $500.00 or more." (See, 28. USC § 1335(a).)* where:

> *"(1) Two or more adverse claimants, of diverse citizenship as defined in subsection (a) or (d) of section 1332 of this title, are claiming or may claim to be entitled to such money or property, or to any one or more of the benefits arising by virtue of any note, bond, certificate, policy or other instrument, or arising by virtue of any such obligation; and if (2) the plaintiff has deposited such money or property or has paid the amount of or the loan or other value of such instrument or the amount due under such obligation into the registry of the court, there to abide the judgment of the court, or has given bond payable to the clerk of the court in such amount and with such surety as the court or judge may deem proper, conditioned upon the compliance by the plaintiff with the future order or judgment of the court with respect to the subject matter of the controversy." (See, 28. USC § 1335(a)(1) & (2))*

Therefore, please accept this letter as formal notice of the intent by Allegheny to file a Complaint for Interpleader in the USDC for the District of Columbia for all claims filed against the Bond on or before February 10, 2025. After February 10, 2025, Claimant will be served with an Interpleader Summons. Claimant must file an Answer with the USDC by the deadline listed on the Interpleader Summons for their claim to be considered in the interpleader.

Upon instruction by the Court, Allegheny will deposit the full $75,000 financial security with the Clerk of Court, so that the Clerk may disburse the funds as directed by the USDC. You may contact our Claims Department at fbbclaims@alleghenycasualty.com or (973) 200-6497 if you have any questions. Please be

advised that Allegheny will not act on any individual claim against the Bond, aside from the filing of a Complaint for Interpleader, until directed by the USDC. Therefore, you will not receive any subsequent notifications from Allegheny regarding your claim until after the February 10, 2025, filing date.

This letter is written under a complete reservation of rights. Nothing herein shall be deemed to be estoppel, waiver, or modification of any of Allegheny's rights or defenses, and Allegheny hereby reserves all its rights and defenses under any general agreement of indemnity, contracts, agreements, bonds, or applicable law. This reservation of rights shall remain in full force and effect unless expressly revoked in writing. The information contained herein is based upon available information and belief of Allegheny, and in no way constitutes an affirmation or opinion of the financial condition of the subject freight broker.

Sincerely,

*[signature: Kelly Streiter]*

Kelly Streiter
Claims Manager
Allegheny Casualty Company
1 Baxter Way, Suite 130
Westlake Village, CA 91362
General Claims Tel: (973) 200-6496
General Claims Fax: (973) 339-5884
FMCSA Claims Tel: (973) 200-6497
FMCSA Claims Fax: (973) 339-5834
www.alleghenycasualty.com

This message (including any attachments) contains confidential information for a specific individual and purpose and is protected by law. If you are not the intended recipient, delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.



February 24, 2025

NOTICE VIA ELECTRONIC MAIL ONLY

Re: **UPDATE REGARDING PENDING INTERPLEADER**
Freight Broker (BMC-84) Bond Claims
Bond/Policy No.: 995164 ("Bond")
Bond Effective Period: 7/19/2024 – 1/11/2025
Principal: Universal Logistics & Brokerage LLC, MC# 01553969, USDOT# 4083343

To Whom It May Concern:

You are (or represent) the claimant for a claim made against the Bond issued by Allegheny Casualty Company ("Allegheny"). The following serves as a brief update regarding the pending Interpleader Action for the Bond. The Interpleader Complaint is set to be filed with the United States District Court for the District of Columbia ("USDC") sometime within the next two weeks. Once filed, Allegheny will provide you with the Interpleader case number for your records.

After the complaint is filed, claimants will be served an Interpleader Summons. Service will be made to the claimant's registered agent on record with the Federal Motor Carrier Safety Administration, or with the registered agent on record with the Secretary of State's office in the state that claimant's business is registered in. Claimants must file an answer to the Summons by the deadline listed on the Summons for their claim to be considered in the Interpleader. Allegheny is not responsible for ensuring you receive the Summons from your registered agent timely, or for filing an answer to the Summons on your behalf.

Throughout the 60-day claim period under 49 USC 13906(b)(6), 187 claims were filed against the Bond. The total value of those claims is $489,360.00. Please note the bond amount is only $75,000.00. As such, Allegheny is only liable for amounts up to $75,000.00. Please be advised that Allegheny will not act on any individual claim against the Bond, aside from the filing of the Interpleader Action, until directed by the USDC. Upon instruction by the court, Allegheny will deposit the full $75,000.00 financial security with the Clerk of Court, so that the Clerk may disburse the funds as directed by the USDC. The USDC will determine how the deposited funds will be allocated to claimants.

You may contact our Claims Department at fbbclaims@alleghenycasualty.com or (973) 200-6497 if you have any questions.

Sincerely,

Kelly Streiter
Claims Manager
Allegheny Casualty Company

1 BAXTER WAY, SUITE 130, WESTLAKE VILLAGE, CA 91362 | | P: (800) 500-3727 | WWW.ALLEGHENYCASUALTY.COM